IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:25-CV-345-FL

| | | |
|---|---|---|
| FRANK CHRISTENSEN,<br><br>Plaintiff,<br><br>v.<br><br>RACHEL HANNAH BRODER, TOLL SOUTHEAST LP COMPANY, INC., and TOLL BROTHERS, INC.,<br><br>Defendants. | ) | ORDER |

This matter is before the court on plaintiff's motions (DE 41, 46) to reconsider and vacate the court's August 11, 2026, order allowing plaintiff's former counsel to withdraw from representation. The clerk is DIRECTED to terminate these motions as moot where new counsel appeared on behalf of plaintiff September 21, 2026 (DE 50, 51).

SO ORDERED, this the 6th day of October, 2026.

LOUISE W. FLANAGAN
United States District Judge